**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 1, 2009**

Ms. Kimberly Peace -- *pro se*
Post Office Box 7042
Sherwood, AR 72124

  Re: *Kimberly Peace v. Bank of America, et al*. -- 4:09-CV-00849-WRW

Dear Ms. Peace:

I have received Defendant Bank of America's Motion to Dismiss, which was filed on November 16, 2009, and the motion appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Defendants' position. If you choose not to respond by 12:00 noon on Friday, December 11, 2009, I will grant the motion.

            Cordially,

            /s/ Wm. R.Wilson,Jr.

Original to the Clerk of the Court
cc:  Other Counsel of Record

---

[1] The response was due on Monday, November 30, 2009.