IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KIMBERLY PEACE**                                **PLAINTIFF**

VS.                    **CASE NO. 4:09-CV-0849-WRW**

**BANK OF AMERICA, N.A.;
DYKE, HENRY, GOLSHOLL & WINZERLING, P.L.C; and
MARY A. WINZERLING**
                                                                          **DEFENDANTS**

## MOTION TO DISMISS AS MOOT

Comes now, Plaintiff Kimberly Peace, Pro Se, for her motion to dismiss because the case is now moot and states the following;

1. In the month of April 2009 the Plaintiff had several Bank of American checking accounts debited and several Bank of America accounts increased.

2. The Plaintiff sent several debt validation demands and written request to Bank of America and they got ignored.

3. On August 31, 2009 Dyke, Herny, Golsholl & Winzerling, P.L.C and Mary A. Winzerling (FIRM) sent the plaintiff a notice of default and intention to sale her property which is 1518 Marion St. North Little Rock, AR 72114. They stated that Bank of America hired them. They also stated that they are debt collectors attempting to collect a debt and that the plaintiff had a right to have it validated.

4. The Plaintiff sent the Firm a written request for validation, which they received. They never responded and continued to advise the Plaintiffs property for sale.

1

5. On October 13, 2009 the Plaintiff filed a complaint for temporary restraining order and preliminary injunction in state court.

6. On October 26, 2009 the Plaintiff amended the complaint asking for only a temporary restraining order. She wanted the debt validated.

7. On November 9, 2009 the defendants moved the case to Federal Court.

8. The foreclosure sale was canceled on November 10, 2009.

9. Bank of America was dismissed from the complaint on February 2, 2010 without prejudice due to improper service.

10. Bank of America was the main party to the plaintiff's case.

11. All parties should be been dismissed without prejudice on February 2, 2010 when Bank of America was dismissed.

12. This court now lacks jurisdiction and cannot grant injunctive relief on private state actions. It also cannot grant a summary judgment against any parties requesting a private civil right related to a private state action. This court is now barred by the *Rooker-Feldman* doctrine.

13. There is no reason to continue this case.

WHEREFORE, all parties in this case should be dismissed without prejudice because it is moot and this court lacks jurisdiction to precede any further.

By:/s/Kimberly A. Peace
P.O. Box 7042
Sherwood, AR 72124
Pro Se

CERTIFICATE OF SERVICE

On the 8 day of February, 2010 a copy of the foregoing was served by U.S. mail as follows:

Judy Simmons Henry
WRIGHT, LINDSEY, & JENNIGS LLP
200 WEST CAPITOL AVENUE, SUITE 2300
LITTLE ROCK, AR 72201
ATTORNEY FOR BANK OF AMERICA, N.A., DYKE, HENERY, GOLDSHOLL & WINZERLING, P.L.C. AND MARY A. WINZERLYING

By:/s/Kimberly A. Peace
P.O. Box 7042
Sherwood, AR 72124
Pro Se