# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KIMBERLY PEACE**                                                                 **PLAINTIFF**

v.                                      **4:09CV00849-WRW**

**BANK OF AMERICA NA,** *et al.*                                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Dismiss as Moot (Doc. No. 36) in which Plaintiff contends that all parties in this case should be dismissed without prejudice because this case is moot and because this court lacks jurisdiction.

Plaintiff's Motion is GRANTED. This case is DISMISSED without prejudice. All other pending motions are MOOT.

IT IS SO ORDERED this 16th day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE