# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KIMBERLY PEACE**                                                          **PLAINTIFF**

**v.**                         **4:09CV00849-WRW**

**BANK OF AMERICA NA,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Plaintiff's Motion to Dismiss, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of February, 2010.

                                                         /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE